Docket as of October 8, 2004 9:04 pm                              Web PACER (v2.4)

---

## U.S. District Court

04cv12284

### Southern District of Mississippi (Southern)

### CIVIL DOCKET FOR CASE #: 04-CV-552

### Gordon, et al v. Pfizer, Inc.

Filed: 06/07/04
Assigned to: Judge Walter J. Gex, III
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 360
Lead Docket: None
Jurisdiction: Diversity
Dkt# in other court: None
Cause: 28:1332 Diversity-Personal Injury

---

```
MARY JANE GORDON                    Ronnie Glynn Penton
     plaintiff                      [COR LD NTC]
                                    RONNIE GLYNN PENTON, ATTORNEY
                                    209 Hoppen Place
                                    Bogalusa, LA 70427
                                    985/732-5651


DONALD D. MOORE, SR.                Ronnie Glynn Penton
     plaintiff                      (See above)
                                    [COR LD NTC]

   v.

PFIZER, INC., Individually and
as successor in interest to
Parke-Davis and Warner Lambert
     defendant
```

---

## DOCKET    PROCEEDINGS

---

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 6/7/04 | 1 | COMPLAINT: Filing Fee $ 150.00 Receipt # B021509; jury demand; Notice of Assignment mailed. (cc:WG's Office) (jch) [Entry date 06/07/04] |
| 6/7/04 | -- | Case assigned to Pending Track - designation of appropriate track will be made after Case Management Conference and a final track assignment. (jch) [Entry date 06/07/04] |
| 6/7/04 | -- | Magistrate Judge Assignment - John M. Roper (jch) [Entry date 06/07/04] |
| 6/8/04 | -- | SUMMONS(ES) issued for defendant Pfizer, Inc. (jch) [Entry date 06/08/04] |
| 6/14/04 | 2 | NOTICE of filing Motion to Transfer and Consolidate with MDL Panel by plaintiffs' counsel. (spc) [Entry date 06/14/04] |
| 6/18/04 | -- | Copy of Letter to Michael J. Beck from Daniel E. Becnel, Jr. RE: Neurontin "Off-Label" Marketing Litigation Revised Schedule of Actions. (jch) [Entry date 06/18/04] |
| 7/14/04 | 3 | Copy of RESPONSE by defendant Pfizer, Inc. to Motions to Transfer. (jch) [Entry date 07/14/04] [Edit date 07/14/04] |
| 7/14/04 | 3 | Copy of CROSS MOTION by defendant Pfizer, Inc. to Transfer Case (jch) [Entry date 07/14/04] |
| 7/14/04 | 3 | Copy of MEMORANDUM by defendant Pfizer, Inc. in opposition to Plaintiff's Motion to Transfer (jch) [Entry date 07/14/04] |
| 7/14/04 | 3 | Copy of MEMORANDUM by defendant Pfizer, Inc. in support of [3-1] cross motion to Transfer Case by defendant (jch) [Entry date 07/14/04] |
| 10/7/04 | 4 | Stipulation and ORDER: Plaintiffs and Defendants hereby stipulate that Defendants shall have 30 days following the entry of an Order ruling on the Motion to Transfer in which to move, answer or otherwise respond to Plaintiffs' Complaint. (signed by Magistrate Judge John M. Roper); copies mailed. (jch) [Entry date 10/08/04] |

Case Flags:
JMR
JURY
CJRA
P

END OF DOCKET: 1:04cv552

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:20:43 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:04cv00552 |
| Billable Pages: | 2 | Cost: | 0.14 |